**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

BASHIR ALI,

Plaintiff,

v.

UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES; JOSEPH B. EDLOW, *Director of the United States Citizenship and Immigration Services*; and STEVEN G. RICE, *Director of the USCIS Minneapolis Field Office*,

Defendants.

Case No. 26-cv-4130 (LMP/ECW)

**ORDER OF DISMISSAL**

---

This matter is before the Court on Plaintiff's Notice of Voluntary Dismissal Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) (ECF No. 8). Given that Plaintiff Bashir Ali received the relief he was seeking, **IT IS HEREBY ORDERED** that this action is **DISMISSED as moot** without costs or disbursements to any party. Ali further requests that the dismissal be with prejudice, which the Court grants.

Dated: October 23, 2026

*s/ Laura M. Provinzino*
Laura M. Provinzino
United States District Judge